# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2024-2303
Lower Tribunal No. 2024-CA-002383

———————————————

RAYMOND W. KONAN,

Appellant,

v.

WATERFORD LAKES TRACT N-33 NEIGHBORHOOD ASSOCIATION, INC.,

Appellee.

———————————————

Appeal from the Circuit Court for Orange County.
Brian S. Sandor, Judge.

April 14, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and SMITH, JJ., concur.


Raymond W. Konan, Orlando, pro se.

Mya M. Hatchette, of Maynard Nexsen, PC, Winter Park, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED